NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1370
(Serial No. 78/666,598)

IN RE CHIPPENDALES USA, INC.

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

ON MOTION

O R D E R

Upon consideration of the Director of the United States Patent and Trademark Office's unopposed motion for a 14-day extension of time, until February 12, 2010, to file his brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

FEB 0 2 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Stephen W. Feingold, Esq.
Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 02 2010

**JAN HORBALY**
**CLERK**